**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Michael L. Galusha<br>Lori L. Galusha<br>2319 Double Branches Road<br>Elberton, GA  30635 | **CHAPTER 13**<br><br>**Case Number:** 10-32187-JPS<br><br>**ATTORNEY:**  Lee P. Morgan |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $607.91 in unclaimed funds on behalf of the above-referenced debtors.  The last known address for the creditor is as follows:

Zenith Acquisition Corp
PO Box 850
Buffalo, NY 14226-0850

**DATED:** March 12, 2015

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**